# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



RECEIVED & FILED
99 DEC 10 PM 4:20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

MARICELLIE VAZQUEZ SOLIVAN,
ET AL

    VS.

GLOBAL LEASING CORP, ET AL

CIVIL NO. 97-2881(JAF)

## DESCRIPTION OF MOTION

| | | |
|---|---|---|
| **DATE FILED:** 12/08/99 | **DOCKET #:** 26 | **TITLE:** MOTION by Global Leasing Corp. \|for Miguel Ortiz to Withdraw as Attorney\|, and \|to Extend Time for 30 days to obtain new legal representation |
| [ ] Plaintiff(s) | | |
| [x] Defendant(s) | | |

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER:  Granted. Edgar Betancourt Aquino is in charge of the representation

12-10-99
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE