## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

MARICELLIE VAZQUEZ SOLIVAN, ET. AL.

VS.                                        CIVIL NO.: 97-2881 (JAF)

GLOBAL LEASING CORP., ET. AL.

## ORDER

Trial setting of December 14, 1999, is now continued sine die.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 14th day of December, 1999.

JOSE ANTONIO FUSTE
U.S. DISTRICT COURT

By:_____
REBECCA AGOSTINI-VIANA


