# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



MARICELLIE VAZQUEZ-SOLIVAN, ET AL

VS.                                                       **CIVIL NO. 97-2881 (JAF)**

GLOBAL LEASING CORP., ET AL

---

## O-R-D-E-R

---

BY ORDER OF THE COURT, this case is set for SETTLEMENT CONFERENCE on **February 11, 2000 at 3:00 P.M.** before Senior Judge Robert J. Ward.

Courtroom Deputy

Attorneys Notified:

Lora-Lopez, Federico
Betancourt-Aquino, Edgar

