IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



MARICELLIE VAZQUEZ SOLIVAN;
JACINTO TORRES SANTIAGO; and the
Conjugal Partnership Constituted
Between Them

        Plaintiffs,

v.

GLOBAL LEASING CORP.; MARLENE
SENERIZ; JOHN DOE and the Conjugal
Partnership Constituted Between
Them; VICTOR SENERIZ; JANE DOE and
the Conjugal Partnership
Constituted Between Them

        Defendants,

CIVIL NO. 97-2881(JAF)(RJW)

## JUDGMENT

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED**

That plaintiffs recover from defendants compensatory damages in the amount of $10,000 which the Court doubles under the Laws of the Commonwealth of Puerto Rico to the sum of $20,000.

That plaintiffs recover punitive damages from each of the following defendants:

    Global Leasing Corp.    $15,000
    Marlene Seneriz         $5,000
    Victor Seneriz         $0



**IT IS FURTHER ORDERED AND ADJUDGED**

That plaintiff Maricellie Vazquez's claim for reinstatement of employment has been settled by counsel for the amount of $10,000.

Costs to be taxed in favor of plaintiffs.

At San Juan, Puerto Rico this 25th day of February, 2000.

FRANCES RIOS DE MORAN<br>
Clerk of the Court<br><br>
By: _____<br>
U.S.D.J.