# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



Maricellie Vazquez Sollivan

v                                                CIVIL CASE:   97-2881 (JAF)

Global Leasing Corp., et al.

| DESCRIPTION OF MOTION | | |
|---|---|---|
| DATE FILED: 9/27/00 | DOCKET #: 46 | TITLE: MOTION by All Plaintiffs \|for Disbursement of Funds\| |

### O-R-D-E-R

Granted.

s/c: (2)

OCT - 6 2000

10/5/2000
DATE

JOSE A. FUSTE
UNITED STATES DISTRICT JUDGE