1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MARICELLIE VAZQUEZ SOLIVAN;<br>JACINTO TORRES SANTIAGO;<br>and the Conjugal Partnership<br>Constituted Between Them | CIVIL NO.: 97-2881 (JAF) |
| Plaintiff | DISCRIMINATION IN<br>EMPLOYMENT - PREGNANCY |
| vs | DAMAGES |
| GLOBAL LEASING CORP.;<br>MARLENE<br>SEÑERIZ; JOHN DOE and the Conjugal<br>Partnership Constituted between them<br>VICTOR SEÑERIZ; JANE DOE and the<br>Conjugal Partnership Constituted<br>Between Them | PLAINTIFFS REQUEST<br>TRIAL BY JURY |
| Defendants | |

### ORDER OF EXECUTION

Upon the motion filed by plaintiffs herein for the execution of the judgment related to attorney's fees entered by this Court on August 24, 2000 and it appearing from the records of this Court and from plaintiffs' motion that the defendants failed to pay to the plaintiffs attorney the sum of money adjudged to be paid under the said judgment. As certified by plaintiffs through motion of execution, defendants owe attorney Federico Lora López the amount of $33,742.50 as of August 24, 2000 plus 6.287% interests.

And it appearing further that more than ten days have elapsed from the entry of

2

judgment which was not appealed.

IT IS HEREBY ORDERED that the United States Marshall shall proceed with the attachment of monies, real and/or personal property of defendants and in the appropriate case, sell at public action of the highest bidder whatever personal or real property to be previously described in a Notice of Sale.

(a) Said public sale if deemed necessary, shall be had at the office of the Clerk of this Court or the United State Marshall for this district.

(b) Notices of sale shall be published by the United States Marshall or Special Master once a week for at least four weeks prior to the date of the sale, in a newspaper printed regularly and having a general circulation in the island of Puerto Rico.

(c) The United States Marshall or Special Master at the sale shall not accept in payment of the property to be sold anything but United States currency or certified checks, except in case the property be sold and adjudicated to attorney Federico Lora López, in which case the amount of the bid made by the attorney shall be credited and deducted from its mortgage credit; the movant being bound to pay in cash or certified check only any excess of its bid over the secured indebtedness then remaining unsatisfied.

(d) The United States Marshall or Special Master may, either personally or by some person designated by him to act in his name and by his authority, adjourn the sale from time to time without further publication.

3

(e)   Upon the confirmation of the sale by this Court, the United States Marshall or Special Master shall execute and deliver a deed of conveyance of the property sold to the purchaser thereof.

SO ORDERED.

San Juan, Puerto Rico, this 20th day of March, 2001.

U.S. DISTRICT JUDGE