# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



Maricelli Vazquez Solivan, et al.

v.                                          CIVIL CASE:   97-2881 (JAF)

Global Leasing Corp., et al.

---

## DESCRIPTION OF MOTION

| Date: 8/15/01 | Docket #: 55 | MOTION by All Plaintiffs |for Disbursement of Funds re: atty's fees| |
|---|---|---|
| By: Plaintiffs | | |

### O-R-D-E-R

☐ GRANTED

☐ DENIED

☐ NOTED

☐ MOOT

OTHER: _Granted as requested_

9/5/01
Date

Jose A. Fuste
United States District Judge

cc: Counsel (2)
Finance 9/7/01

56